IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

COREY MILLEDGE,

       Petitioner,

v.                                               Case No.  4:13cv406-MW/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

       Respondent.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 28.

Petitioner's objection regarding the Magistrate Judge's consideration of trial transcripts not in front of the state post-conviction court is well-taken. The Magistrate should not have considered that evidence. Accordingly, this Court will **SUSTAIN** Petitioner's objection on this issue ("Point I").

However, this Court finds that, even without considering that evidence, the result reached by the Magistrate is the correct one—the state court did not unreasonably apply clearly established federal law or make an unreasonable

1

determination of the facts on Petitioner's claim that his lawyer rendered ineffective assistance by failing to raise Petitioner's competency. Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 25, is **accepted and adopted**, over Petitioner's objections, as this Court's opinion, except insofar as the report and recommendation relies on and cites to trial transcripts not considered by the state post-conviction court. The Clerk shall enter judgment stating, "The Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus, ECF No. 1, is **DENIED**. A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on July 19, 2016.**

                                                 <u>s/Mark E. Walker            </u>
                                                 **United States District Judge**